## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Barry Jay Keister<br>xxx–xx–5546<br>216 East Ellsworth Street<br>Columbia City, IN 46725<br><br>Sandra Kay Keister<br>xxx–xx–4446<br>216 East Ellsworth Street<br>Columbia City, IN 46725 | ) <br> ) <br> ) <br> ) Case Number: 22–11377–reg <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Chapter: 13 <br> ) |

## ORDER TO FILE NOTICE OF AMENDMENT

    Debtor(s) filed an amended Schedules A/B, D, E/F, I, J without the separate notice of amendment required by N.D. Ind. L.B.R. B–1009–1(a)(1).

    Debtor(s) shall file the notice of amendment required by N.D. Ind. L.B.R. B–1009–1(a)(1), and file the proof of service required by N.D. Ind. L.B.R. B–1009–1(c), within fourteen (14) days. The failure to do so may result in the amendment being stricken without further notice.

    SO ORDERED.

Dated: January 19, 2023

 

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 20 – 18